# United States Probation & Pretrial Services

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
9/29/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

Brian D. Karth
District Court Executive

Natasha Alexander-Mingo
Chief Probation and Pretrial Services Officer

September 29, 2026

To: Criminal Intake, Clerk's Office

From: Brittney Mayfield
U.S. Probation & Pretrial Services Officer
213-894-1749

Re: Michael Young
Docket Number: 0973 2:26-05411M

Charge: 18 USC § 1343: Wire Fraud

On September 16, 2026, the defendant made his initial appearance before the Honorable Karen L. Stevenson, Chief U.S. Magistrate Judge. On that date, the defendant was ordered released with the following bond condition: Do not possess any firearms, ammunition, destructive devices, or other dangerous weapon. Surrender any such item as directed by Supervising Agency by September 24, 2026 and provide proof to Supervising Agency.

The defendant has provided verification that he has transferred all weapons that were located in his home. However, the defendant advised that the semi-automatic pistol with the serial number JML7941 was stolen on September 5, 2022. The defendant provided a copy of a police report filed on September 5, 2022 that listed a pistol as stolen property.

If you have any questions, please contact the above listed officer.

Thank you.